UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No. 04-1703-CBS |
| ) | |
| CHRISTOPHER HENDRICKX ) | |
| ) | |
| Defendant ) | |

**JOINT MOTION TO ENLARGE THE TIME FOR THE FILING OF AN INFORMATION OR INDICTMENT**

The United States of America, by Michael J. Sullivan, and John M. Hodgens, Jr., Assistant U.S. Attorney, with the assent of Defendant, by his counsel, Edward P. Ryan, Jr., Esq., hereby moves the Court for an Order that enlarges the time for the filing of an Information or Indictment from July 30, 2004 until August 30, 2004, pursuant to 18 U.S.C. 3161(b) and 18 U.S.C. 3161(h)(8)(A) as the ends of justice in taking such action outweigh the best interest of the public and defendant in a speedy trial. This is the first such enlargement of time sought by the parties. As grounds, the Government represents that additional time is required to pursue a possible resolution, pursuant to Fed. R. Crim. P. 11.

Respectfully submitted,

CHRISTOPHER HENDRICKX            MICHAEL J. SULLIVAN
Defendant                         UNITED STATES ATTORNEY

By: _____   By: _____
    Edward P. Ryan, Jr., Esq.     JOHN M. HODGENS, JR.
    Counsel for Defendant         Assistant U.S. Attorney

ss., Worcester

## CERTIFICATE OF SERVICE

I, John M. Hodgens, Jr., Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served by ~~fax~~/mail/~~hand~~ on the below-named counsel for Defendant on this the 1st day of July, 2004.

／s／
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

Edward P. Ryan, Jr., Esq.

2