# FINANCIAL AFFIDAVIT

|  | IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|---|

IN THE CASE OF

USA v.s. Christopher Hendricks

FOR
AT

LOCATION NUMBER

*[handwritten: open court 7/1/04]*

**PERSON REPRESENTED** (Show your full name)

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: 04-1703
District Court:
Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

---

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☑ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: UMass Hospital Lake Ave. Worcester
- IF YES, how much do you earn per month? $ 1,000
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed?  ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  RECEIVED $ _____  SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☑ Yes  ☐ No  IF YES, state total amount $ 525.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT   VALUE _____   DESCRIPTION _____

---

**DEPENDENTS**

MARITAL STATUS:
- ☑ SINGLE
- ☐ MARRIED
- ☐ WIDOWED
- ☐ SEPARATED OR DIVORCED

Total No. of Dependents: _____

List persons you actually support and your relationship to them: _____

---

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
|  | Kia Financial Services | $ | $ 250.00 |
|  | Sallie Mae Services | $ | $ 65.00 |
|  | Arbella Mutual | $ | $ 160.00 |
|  |  | $ | $ |

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  07/01/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)  ▶  *Christopher M. Hendricks*