UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                   )        Case No. 03-1703-CBS
        v.                         )
                                   )
CHRISTOPHER HENDRICKX,             )
                                   )
        Defendant                  )

## DEFENDANT'S ASSENTED TO MOTION FOR FURTHER CONTINUANCE OF PROBABLE CAUSE HEARING

The Defendant, by Edward P. Ryan, Jr., Esq., with the assent of the Government, by John M. Hodgens, Jr., Assistant U.S. Attorney, moves the Court for an Order further continuing the probable cause hearing in the above-captioned matter from September 29, 2004 to October 29, 2004.

As grounds, Defendant represents that counsel requires additional time to assemble information concerning Defendant, which may include the retention of an expert.

The Government assents to the requested continuance.

                              CHRISTOPHER HENDRICKX
                              Defendant

                    By:  _____
                         Edward P. Ryan, Jr., Esq.
                         Counsel for Defendant


SEEN AND AGREED:

     MICHAEL J. SULLIVAN
     UNITED STATES ATTORNEY

By:  _____
     JOHN M. HODGENS, JR.
     Assistant U.S. Attorney

ss., Worcester

## CERTIFICATE OF SERVICE

I, Edward P. Ryan, Jr., Esq. certify that a copy of the foregoing was served upon John M. Hodgens, Jr., Assistant U.S. Attorney. 9/21/04,

_for_ ————————————————————
EDWARD P. RYAN, JR., ESQ.