UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 03-1703-CBS |
| v. ) | |
| ) | FILED |
| CHRISTOPHER HENDRICKX, ) | 2004 OCT 25 P 4: 47 |
| ) | |
| Defendant ) | DISTRICT COURT DISTRICT OF MASS. |

**JOINT MOTION FOR FURTHER CONTINUANCE OF PROBABLE CAUSE HEARING**

The Defendant, by Edward P. Ryan, Jr., Esq., and the United States of America, by John M. Hodgens, Jr., Assistant U.S. Attorney, jointly move the Court for an Order further continuing the probable cause hearing in the above-captioned matter from October 29, 2004 to December 17, 2004.

As grounds, the parties represent that additional time is required to: (1) pursue a possible resolution, pursuant to Fed. R. Crim. P. 11; (2) provide counsel for Defendant with additional time to assemble information concerning Defendant; and (3) allow time to determine the number of images involved in the conduct, a fact necessary for the application of adjustments under the Federal Sentencing Guidelines.

MICHAEL J. SULLIVAN         CHRISTOPHER HENDRICKX
United States Attorney      Defendant

By: /s/ John M. Hodgens, Jr.    By: /s/ John M. Hodgens, Jr.
    John M. Hodgens, Jr.            Edward P. Ryan, Jr., Esq.
    Assistant U.S. Attorney         Counsel for Defendant

ss., Worcester

## CERTIFICATE OF SERVICE

I, John M. Hodgens, Jr., Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served upon the below-named counsel on this the 25th day of October, 2004.

/s/ John M. Hodgens, Jr.
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

Edward P. Ryan, Jr., Esq. (by mail)