UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) 2004 DEC -3 P 12: 17 |
| | ) |
| v. | )    Case No. 03-1703-CBS |
| | ) |
| | ) U.S. DISTRICT COURT |
| CHRISTOPHER HENDRICKX, | ) DISTRICT OF MASS. |
| | ) |
| Defendant | ) |

## JOINT MOTION FOR FURTHER CONTINUANCE OF PROBABLE CAUSE HEARING

The Defendant, by Edward P. Ryan, Jr., Esq., and the United States of America, by John M. Hodgens, Jr., Assistant U.S. Attorney, jointly move the Court for an Order further continuing the probable cause hearing in the above-captioned matter from December 17, 2004 to March 17, 2005, or a date thereafter.

As grounds, the parties represent that additional time is required to: (1) pursue a possible resolution, pursuant to Fed. R. Crim. P. 11; and (2) provide counsel for Defendant with ample time to consult with an expert witness.


MICHAEL J. SULLIVAN                    CHRISTOPHER HENDRICKX
United States Attorney                 Defendant

By: _____                  By: _____
John M. Hodgens, Jr.                        Edward P. Ryan, Jr., Esq.
Assistant U.S. Attorney                     Counsel for Defendant

ss., Worcester

## CERTIFICATE OF SERVICE

I, John M. Hodgens, Jr., Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served upon the below-named counsel on this the 3rd day of December, 2004.

JOHN M. HODGENS, JR.
Assistant U.S. Attorney

Edward P. Ryan, Jr., Esq. (by mail)