```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 04-01703-CBS |
| v. | ) | |
| | ) | |
| CHRISTOPHER HENDRICKX, | ) | |
| Defendant | ) | |

**JOINT MOTION TO FURTHER ENLARGE THE TIME FOR THE FILING OF AN INFORMATION OR INDICTMENT**

The United States of America, by Michael J. Sullivan, U.S. Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, and Defendant, by his counsel Edward P. Ryan, Jr., Esq., jointly move the Court for an Order that enlarges the time for the filing of an Information or Indictment from April 28, 2005 until May 26, 2005, pursuant to 18 U.S.C. 3161(b) and 18 U.S.C. 3161(h)(8)(A) as the ends of justice in taking such action outweigh the best interest of the public and defendant in a speedy trial. As grounds, this is the seventh enlargement sought by the parties. The parties represent that they have discussed an anticipated resolution of this matter short of trial and that additional time is required to reduce a plea agreement to writing and finalize the same. Defendant, by his counsel, Edward P. Ryan, Jr., Esq., assents to the foregoing motion.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  UNITED STATES ATTORNEY

                        By:  /s/John M. Hodgens, Jr.
                            JOHN M. HODGENS, JR.
                            Assistant U.S. Attorney

ss., Worcester

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing via electronic filing upon counsel of record on this the 1st day of April, 2005.

                                        /s/John M. Hodgens, Jr.
                                        JOHN M. HODGENS, JR.
                                        Assistant U.S. Attorney