UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )     Case No. 04-1703-CBS
          v.                      )
                                  )
CHRISTOPHER HENDRICKX,            )
                                  )
          Defendant               )

## JOINT MOTION FOR FURTHER CONTINUANCE OF PROBABLE CAUSE HEARING

The Defendant, by Edward P. Ryan, Jr., Esq., and the United States of America, by John M. Hodgens, Jr., Assistant U.S. Attorney, jointly move the Court for an Order further continuing the probable cause hearing in the above-captioned matter from May 26, 2005 to June 2, 2005, or a date thereafter.

As grounds, the parties represent they have discussed an anticipated resolution of this matter short of trial. A proposed plea agreement has been reduced to writing. Defendant requires an additional week to finalize the agreement. Defendant, by his counsel, Edward P. Ryan, Jr., assents to the foregoing motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/John M. Hodgens, Jr.
    JOHN M. HODGENS, JR.
    Assistant U.S. Attorney

ss., Worcester

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing via electronic filing upon counsel of record on this the 19th day of May, 2005.

                      /s/John M. Hodgens, Jr.
                      JOHN M. HODGENS, JR.
                      Assistant U.S. Attorney

Edward P. Ryan, Jr., Esq.