UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 4:05CR40028-FDS |
| | ) | VIOLATIONS |
| v. | ) | 18 U.S.C. §2252(a)(1) |
| | ) | Transport and Shipment of Child |
| | ) | Pornography |
| CHRISTOPHER HENDRICKX, | ) | 18 U.S.C. §2252(a)(4)(B) |
| | ) | Possession of Child Pornography |
| Defendant | ) | |

INFORMATION

**COUNTS ONE - THREE**: 18 U.S.C. §2252(a)(1) - Transport of Child Pornography

The United States Attorney charges that:

On or about May 1, 2003, at various times, at West Boylston, Massachusetts, and elsewhere within the District of Massachusetts,

**CHRISTOPHER HENDRICKX,**

defendant herein, knowingly transported and shipped in interstate and foreign commerce by any means including by computer visual depictions the producing of such visual depictions having involved the use of minors engaging in sexually explicit conduct and such depictions were of such conduct, that is: CHRISTOPHER HENDRICKX transported and shipped the computer files indicated below which contained visual depictions of minors under the age of 18 years engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2):

| Count No. | Approx. Time | Image Name |
|---|---|---|
| 1 | 8:40 AM | "2presisters.mpg" |
| 2 | 8:42 AM | "Ouch_Girl_And_Dad.mpg" |
| 3 | 9:34 AM | "6yr.avi" |

Each of which is a separate violation of Title 18, United States Code, Section 2252(a)(1).

1

**COUNT FOUR**: 18 U.S.C. §2252(a)(4)(B) - Possession of Child Pornography

The United States Attorney further charges that on or about November 20, 2003, at West Boylston, Massachusetts, and elsewhere within the District of Massachusetts,

**CHRISTOPHER HENDRICKX,**

defendant herein, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter which contained any visual depiction that had been mailed, shipped and transported in interstate or foreign commerce, and which was produced using materials which had been so mailed, shipped and transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct; that is: CHRISTOPHER HENDRICKX knowingly possessed a computer which contained numerous images of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2) such as:

a. pedo-lolitas.2ninos follando 1 nina.......JPeg;
b. dee&desi dike out while guy cums(1).mpg;
c. childlover_little_Collection_Video_0162(1).avi;
d. Dee & Desi 4 (0,'7).mpeg; and
e. vicky with sound kiddy.mpg.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION

18 U.S.C. § 2253(a) – Criminal Forfeiture

1. The allegations of Counts One through Four of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

2. Upon conviction on any of Counts One through Four hereof, the defendant **CHRISTOPHER HENDRICKX** shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, received or possessed in violation of Title 18, United States Code, Section 2252; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result fo the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including the computer system and related items that were seized by law enforcement officials from his residence on November 20, 2003.

   1. **Apple CPU, s/n X1834EL4DFN;**
   2. **Apple Power PC CPU, s/n XA64548A955;**
   3. **Dell CPU, s/n J76FV11.**

All pursuant to Title 18, United States Code, Section 2253(a).

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: *John M. Hodgens, Jr.*
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

◎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | | **U.S. District Court - District of Massachusetts** |
|---|---|---|

**Place of Offense:** West Boylston    **Category No.** III    **Investigating Agency** FBI

**City** West Boylston    **Related Case Information:**

**County** Worcester    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-1703-CBS
Search Warrant Case Number    03-1771-CBS
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Christopher Hendrickx    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** 1978    **SSN (last 4 #):** 4720    **Sex** m    **Race:** w    **Nationality:** usa

**Defense Counsel if known:** Edward P. Ryan, Jr., Esq.    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Hodgens    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by USMJ Swartwood  on _____

**Charging Document:**  ☐ Complaint  ☒ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 5/20/05    **Signature of AUSA:** /s/ John M. Hodgens, Jr.

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Christopher Hendrickx

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 usc 2252(a)(1) | Interstate transport of child pornography | 1-3 |
| Set 2  18 usc 2252(a)(4)(B) | Possession of child pornography | 4 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**